# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 19-CR-00909-AJB |
| --- | --- | --- |
| Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |
| v. | ) | |
| DULCE CHAVARRIA MARTINEZ Defendant. | ) ) ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 3, 2019

Hon. Anthony J. Battaglia
United States District Judge